UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CHARLES LEE WILLIAMS,

    Defendant.
_____/

Hon. Phillip J. Green

Case No. 1:16-mj-00079

**ORDER OF DETENTION**

    This matter is before the Court on the government's motion for pretrial detention. The government sought defendant Charles Lee William's detention on the basis of that he poses a danger to the community, 18 U.S.C. § 1342(f)(1), and the significant risk of non-appearance. Given that the Court has found probable cause that defendant has committed an offense for which the maximum term of imprisonment is ten years or more under the Controlled Substances Act, 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C), there is a statutory rebuttable presumption in favor of detention. The court conducted a hearing today at which defendant was represented by counsel.

    Having considered the evidence presented at the hearing, the parties' oral submissions, and the information in the Pretrial Services Report, and for the reasons stated on the record, the Court finds that defendant has not rebutted the presumption of detention as to danger to the community. Moreover, the government has proven by clear and convincing evidence that defendant poses a danger to the community. The Court also finds, as explained on the record, that there is no condition or combination of conditions that will ensure the safety of the community. Accordingly,

**IT IS ORDERED** that defendant is committed to the custody of the Attorney General pending further order of this Court.

**DONE AND ORDERED** this 17th day of March, 2016.

                                                    /s/ Phillip J. Green  
                                              PHILLIP J. GREEN  
                                              United States Magistrate Judge